25-cr-00709
Judge Steven C. Seeger
Magistrate Judge Gabriel A. Fuentes
Random Cat 4



FILED
11/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 25 CR 709 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 2113(a) |
| AARON GREGORY | |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about October 30, 2025, at Elk Grove Village, in the Northern District of Illinois, Eastern Division,

AARON GREGORY,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $1,574 in United States currency belonging to, and in the care, custody, control, management, and possession of the US Bank located at 1100 W. Devon Avenue in Elk Grove Village, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2113(a), as set forth in this Indictment, defendant shall forfeit to the United States of America any and all right, title, and interest that he may have in any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, approximately $1,566 in United States currency recovered from GREGORY on October 30, 2025.

3. If any of the property described above, as a result of any act or omission by the defendants: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY