



25-cr-00709
Judge Steven C. Seeger
Magistrate Judge Gabriel A. Fuentes
Random Cat 4

FELONY MAN

FILED 11/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Aaron Gregory | No | Yes |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **25-CR-709**
Case Title: ***US v. Aaron J. Gregory***

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Robbery - 5 or fewer robberies/attempts IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 2113(a)**

Assistant United States Attorney(s): **Hanna Helwig**

Contact Person and Phone Number: **Hanna Helwig, (312) 469-6314**